by some Members of the Court that subjecting the peremptory strike to the rigors of equal protection analysis may ultimately spell the doom of the strike altogether, because the peremptory challenge is by nature "'"an arbitrary and capricious right."'" *Batson, supra,* at 123 (Burger, C. J., dissenting) (quoting *Swain* v. *Alabama,* 380 U. S. 202, 219 (1965) (quoting *Lewis* v. *United States,* 146 U. S. 370, 378 (1892))). Cf. *J. E. B., ante,* at 161–162 (SCALIA, J., dissenting). Once the scope of the logic in *J. E. B.* is honestly acknowledged, it cannot be glibly asserted that the decision has no implications for peremptory strikes based on classifications other than sex, or that it does not imply further restrictions on the exercise of the peremptory strike outside the context of race and sex.

In my view, the petition should therefore be granted, the judgment below vacated, and the case remanded for reconsideration in light of *J. E. B.* I respectfully dissent.

No. 93–6630. MURPHY v. UNITED STATES, *ante,* p. 1019;

No. 93–7108. SEMIEN v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, 510 U. S. 1198;

No. 93–7696. GANT v. UNITED STATES, 510 U. S. 1183;

No. 93–7813. ADAMS v. UNITED STATES, *ante,* p. 1021;

No. 93–7820. WATSON v. MORRIS ET AL., *ante,* p. 1021;

No. 93–7892. STEEL v. WACHTLER ET AL., *ante,* p. 1023; and

No. 93–7948. KENNEDY v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 1038. Petitions for rehearing denied.

No. 93–423. KATSIS v. IMMIGRATION AND NATURALIZATION SERVICE, 510 U. S. 1081; and

No. 93–7501. MALDONADO v. UNITED STATES, 510 U. S. 1138. Motions for leave to file petitions for rehearing denied.

No. 93–7002. CAMPBELL v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL., 510 U. S. 1215. Petition for rehearing denied. JUSTICE BLACKMUN dissents from the denial of rehearing. He would grant the petition for rehearing, grant the petition for certiorari, and vacate petitioner's death sentence. See *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994).